

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00418-CV

ANGELA FARMER                                                    APPELLANT

V.

FARAH REAL ESTATE                                                APPELLEE
MANAGEMENT

-----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2016-005527-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On March 23, 2017, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within

---

[1]*See* Tex. R. App. P. 47.4.

ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).


PER CURIAM

PANEL:  PITTMAN, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED:  April 20, 2017